U.S. Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals

OMB# 1125-0003
Fee Waiver Request

# FEE WAIVER REQUEST

Name: BENITO CARDOZA MEJIA

Alien Number ("A" Number): A # 91-943-385

> If more than one alien is included in your appeal or motion, only the lead alien need file this form.

I, BENITO CARDOZA MEJIA, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I am the person above and that I am unable to pay the fee. I believe that my appeal/motion is valid, and I declare that the following information is true and correct to the best of my knowledge.

I'm not working right now, but I could pay back once I start working again. My boss will also pay the bill now I'm in Mexico because I was remove from U.S

**Assets**

| | |
|---|---|
| Wages, Salary | $ 0.00 /month |
| Other Income (business, profession, self-employment, rent payments, interest, etc.) | 0.00 /month |
| Cash | 0.00 |
| Checking or Savings Account | 0.00 |
| Property (real estate, automobile, stocks, bonds, etc.) | 0.00 |
| Other Financial Support (public assistance, alimony, child support, parent, spouse, friends, other family members, etc.) | 0.00 /month |

**Expenses (including dependents)**

| | |
|---|---|
| Housing (rent, mortgage, etc.) | $ 0.00 /month |
| Food | 0.00 /month |
| Clothing | 0.00 /month |
| Utilities (phone, electric, gas, water, etc.) | 0.00 /month |
| Transportation | 0.00 /month |
| Debts, Liabilities | 0.00 /month |
| Other _____ (specify) | 0.00 /month |

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is one (1) hour. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

Appendix M

Signature: *Benito Cardoza*

Date: July 31, 2005

Form EOIR-26A
September 2002

Department of Justice  
Immigration and Naturalization Service

OMB No. 1115-0003; Exp. 10/31/04

# Alien's Change of Address Card

| NAME (Last in CAPS) | (First) | (Middle) | I AM IN THE UNITED STATES AS: |
|---|---|---|---|
| CARDOZA MEJIA | BENITO | | ☐ Visitor  ☒ Permanent Resident  ☐ Student  ☐ Other ........ (Specify) |

| COUNTRY OF CITIZENSHIP | DATE OF BIRTH | COPY NUMBER FROM ALIEN CARD |
|---|---|---|
| MEXICO | Feb 12, 1969 | A 91-943-385 |

PRESENT ADDRESS (Street or Rural Route) (City or Post Office) (State) (ZIP Code)  
MAILING ADDRESS: c/o Julio Palacios  
13538 MACKENZIE CT    LA PUENTE    CA    91746

(IF ABOVE ADDRESS IS TEMPORARY) I expect to remain there    3 years  0 months

LAST ADDRESS (Street or Rural Route) (City or Post Office) (State) (ZIP Code)  
906 E 4 ST    POMONA    CA    91766

I WORK FOR OR ATTEND SCHOOL AT: (Employer's Name or Name of School)  
TRUCK DRIVER    "DAYSI EXPRESS"

(Street Address or Rural Route) (City or Post Office) (State) (ZIP Code)  
13538 MACKENZIE CT    LA PUNTE    CA    91746

| PORT OF ENTRY INTO U.S. | DATE OF ENTRY INTO U.S | IF NOT A PERMANENT RESIDENT, MY STAY IN THE U.S. EXPIRES ON: (Date) |
|---|---|---|
| SAN YSIDRO | | |

SIGNATURE: Benito Cardoza    DATE: August 8, 2005

AR-11 (Rev. 11/07/02)Y

\* I DO NOT have AN ADDRESS IN MEXICO YET. As SOON AS I have one I'll let you know.

**ALIEN'S CHANGE OF ADDRESS CARD**

This card is to be used by all aliens to report change of address within 10 days of such change.

The collection of this information is required by Section 265 of the I&N Act (8 U.S.C. 1305). The data used by the Immigration and Naturalization Service for statistical and record purposes and may be furnished to federal, state, local and foreign law enforcement officials. Failure to report is punishable by fine or imprisonment and/or deportation.

This card is not evidence of identity, age, or status claimed.

**Public Reporting Burden.** Under the Paperwork Reduction Act, an agency may not conduct or sponsor an information collection and a person is not required to respond to an information collection unless it displays a currently valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. Often this is difficult because some immigration laws are very complex. This collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including for reducing this burden to: Immigration and Naturalization Service, 425 I Street, N.W., Room 4034, Washington, DC 20536; OMB No. 1115-0003. *Do not mail your completed form to this address.* MAIL YOUR FORM TO THE ADDRESSES SHOWN BELOW:

For regular US Postal Service:  
U.S. DEPARTMENT OF JUSTICE  
Immigration and Naturalization Service  
Change of Address  
P.O. Box 7134  
London, KY 40742-7134

For overnight mailings, only:  
U.S. DEPARTMENT OF JUSTICE  
Immigration and Naturalization Service  
Change of Address  
1084-I South Laurel Road  
London, KY 40744