UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENITO CARDOZA-MEJIA,      )<br>        Petitioner,           )<br>                                    )<br>    v.                               )<br>                                    )<br>IMMIGRATION AND          )<br>CUSTOMS ENFORCEMENT, )<br>        Respondent.         ) | Civil Action No. 05-11741-DPW |

ORDER FOR DISMISSAL

WOODLOCK, D.J.

   In accordance with the Memorandum and Order for Dismissal dated August 24, 2005 directing dismissal of this action for the reasons stated therein, it is hereby ORDERED the above captioned matter is dismissed in its entirety.


                                                              BY THE COURT,

Dated: August 24, 2005                            /s/ Michelle Rynne
                                                              Deputy Clerk

1